**IN SUPPORT OF JUDGMENT**
☒ $5,000 or under  ☐ over $5,000  ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Violation of FDCPA sec 807 (15 USC 1962e)

Negligent and willful failure to reinvestigate the disputed entries in violation of sec 611(A) 616 and 617 of the FCRA, 15 USC 1681(a) 1681n 1681o

Defamation

**CASE NO.**
CV

**PARTIES**
Plaintiff
Jamal G. Walker
10501 Babbling Brook Court
Upper Marlboro 20772

VS.

Defendant(s):
1. Transunion
2 Baldwin Place
P.O Box 1000
Chester PA 19022

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

RECEIVED
NOV 0 2 '16
DIST. CT. 5-2 (AL)

3.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

The Plaintiff claims $5000.00_____, plus interest of $ 0_____,
Interest at the ☐ legal rate ☐ contractual rate calculated at _____%,
from _____ to _____ (_____ days x $_____
per day) and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____
for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of
$_____ for its detention in action of detinue.
☒ Other: punitive damages for denial of credit and high interest rates
and demands judgment for relief.

_Jamal G Walker_
Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Jamal G. Walker
Address: 10501 Babbling Brook Court Upper Marlboro Md 20772
Telephone Number: 301-503-9027
Fax:
E-mail: JWALK554@MSN.COM

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**
☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: retired military

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____        _____
Date                                              Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #5-2
14735 MAIN ST RM 173B
UPPER MARLBORO MD 20772-3051

**CERTIFIED MAIL**

7112 2557 3090 1401 0624

**"RESTRICTED DELIVERY"**

TRANSUNION
2 BALDWIN PLACE
P.O. BOX 1000
CHESTER, PA 19022

19022$1023 8099



U.S. POSTAGE >> PITNEY BOWES
ZIP 20772
02 1W
0001386151 NOV 07 2016
$ 011.62