Jamal G. Walker
10501 Babbling Brook Court
Upper Marlboro MD 20772

August 30, 2017

To: Judge Paul W. Grim

Fm: Jamal G. Walker

Re: Case # 0502-0028485-2016/ PWG 16-3926

Honorable Judge Grim,

I am writing this letter to have you dismiss the above case as I am withdrawing/ closing the case I filed against Transunion, please close this case without prejudice so that I may have the opportunity to further prepare for the next time I file against Transunion if necessary.

Please have the attorneys for Transunion release my file back to the agency so that I may be able to correspond with them without my disputes being forwarded to the attorneys office.

Thank you

*Jamal G. Walker* (signature)
Jamal G. Walker